James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 385-1408
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff,
D'ONDRA HOWARD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ONDRA HOWARD, ) | **Case No.:** |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR** |
| ) | **JURY TRIAL** |
| v. ) | |
| ) | **(Unlawful Debt Collection Practices)** |
| STATES RECOVERY SYSTEMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>VERIFIED COMPLAINT</u>

D'ONDRA HOWARD (Plaintiff), by the undersigned attorneys, KROHN & MOSS,

LTD., alleges the following against STATES RECOVERY SYSTEMS, (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

///

///

- 1 -

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

**PARTIES**

7. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a company located in Rancho Cordova, Sacramento County, California and conducts business in California.

11. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

**FACTUAL ALLEGATIONS**

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Beginning in approximately April of 2010, Defendant called Plaintiff on an almost daily basis from its phone number 916-631-7085 to Plaintiff's work phone number 916-454-

- 2 -

6745.

14. Plaintiff advised Defendant that she could not accept personal debt collection telephone calls at her place of employment as her employer prohibited such calls.

15. Despite being advised that Plaintiff could not receive such communications at her place of employment, Defendant continued to contact Plaintiff.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time or place known to be inconvenient to the Plaintiff;

    b. Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at her place of employment though Defendant knew or should have known that Plaintiff's employer prohibited such calls;

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

    d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, D'ONDRA HOWARD, respectfully requests judgment be entered against Defendant, STATES RECOVERY SYSTEMS, for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

19. Any other relief that this Honorable Court deems appropriate.

///
///
///
///

- 3 -

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff;

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment; and

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, D'ONDRA HOWARD, respectfully requests judgment be entered against Defendant, STATES RECOVERY SYSTEMS, for the following:

22. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

24. Any other relief that this Honorable Court deems appropriate.


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, D'ONDRA HOWARD, demands a jury trial in this cause of action.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

RESPECTFULLY SUBMITTED,

DATED:  February 7, 2011               KROHN & MOSS, LTD.


By:     /s/   James D. Pacitti                    _
        James D. Pacitti
        Attorney for Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

1

2          **VERIFICATION OF COMPLAINT AND CERTIFICATION**

3    STATE OF CALIFORNIA

4          Plaintiff, D'ONDRA HOWARD, states as follows:

5    1.    I am the Plaintiff in this civil proceeding.

6    2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe

7          that all of the facts contained in it are true, to the best of my knowledge, information

     and belief formed after reasonable inquiry.

8    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing

9          law or by a good faith argument for the extension, modification or reversal of existing

10         law.

11   4.    I believe that this civil Complaint is not interposed for any improper purpose, such as

12         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a

           needless increase in the cost of litigation to any Defendant(s), named in the

13         Complaint.

14   5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

15   6.    Each and every exhibit I have provided to my attorneys which has been attached to

           this Complaint is a true and correct copy of the original.

16   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I

17         have not altered, changed, modified or fabricated these exhibits, except that some of

18         the attached exhibits may contain some of my own handwritten notations.

19         Pursuant to 28 U.S.C. § 1746(2), I, D'ONDRA HOWARD, hereby declare (or
20   certify, verify or state) under penalty of perjury that the foregoing is true and correct.

21   DATE:    8|2|10                    _____
22                                            D'ONDRA HOWARD

23

24

25

                                            - 6 -

                        VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL