Christopher Addy (SBN: 256044)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x230
Fax: 866-385-1408
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
D'ONDRA HOWARD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ONDRA HOWARD, | Case No.: 2:11−CV−00342−JAM −DAD |
| Plaintiff, | VOLUNTARY DISMISSAL |
| v. | |
| STATES RECOVERY SYSTEMS, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, D'ONDRA HOWARD, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 18, 2011                                KROHN & MOSS, LTD.


                                                     By:/s/Christopher Addy

                                                      Christopher Addy
                                                      Attorney for Plaintiff,
                                                      D'ONDRA HOWARD

- 1 -

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on August18, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent the foregoing by U.S. Mail to:

**June D. Coleman, Esq.**

**400 Capital Mall, 27th Floor**

**Sacramento, CA 95814**

By: /s/ Christopher Addy
 Christopher Addy, Esq.